907 A.2d 1009

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RALPH REEVEY, DEFENDANT–PETITIONER.

September 8, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

907 A.2d 1009

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JIMMY VARGAS, DEFENDANT–PETITIONER.

September 8, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Thomas,* 188 *N.J.* 137, 902 *A.*2d 1185 (2006).